UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE BLACK & DECKER CORPORATION, ) <br> BLACK & DECKER, INC., BLACK & DECKER ) <br> (U.S.) INC., EMHART CORPORATION, and ) <br> EMHART INDUSTRIES, INC., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO. 96-10804-DPW <br> NO. 1:04-CV-10660-DPW <br> (Dudley and Eddy Site) |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN
BLACK & DECKER FILINGS CONCERNING ITS OPPOSITION TO
LIBERTY MUTUAL'S SUPPLEMENTAL MOTION FOR SUMMARY
JUDGMENT REGARDING THE DUDLEY AND EDDY SITE**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file under seal Black & Decker's Memorandum In Opposition To The Liberty Mutual Supplemental Motion For Summary Judgment With Respect To The Dudley And Eddy Site and the Affidavit of James J. Nicklaus in support thereof. Said filings contain or refer to confidential documents produced by the parties pursuant to protective orders designed to ensure the confidentiality of said documents. Said filings also respond to Liberty Mutual filings which themselves were filed under seal. Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order authorizing the sealing of the memorandum and affidavit, filed in connection with its opposition to Liberty Mutual's summary judgment motion.

2

    Black & Decker also requests that the Court maintain said documents under seal until this action is closed and, thereafter, that said documents be returned to counsel.

By their attorneys,

| | |
|---|---|
| Dated: December 9, 2004 | /s/ Jack R. Pirozzolo |
| | Jack R. Pirozzolo, BBO# 400400 |
| | Richard L. Binder, BBO# 043240 |
| | James J. Nicklaus, BBO# 564806 |
| | Willcox, Pirozzolo & McCarthy |
| | Professional Corporation |
| | 50 Federal Street |
| | Boston, Massachusetts 02110 |
| | (617) 482-5470 |