UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART INDUSTRIES, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10660-DPW<br>(Dudley and Eddy Site) |

**NOTICE OF FILING WITH CLERK'S OFFICE**
**REGARDING THE DUDLEY AND EDDY SITE**

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Black & Decker's Memorandum In Opposition To The Liberty Mutual Supplemental Motion For Summary Judgment With Respect To The Dudley And Eddy Site

- Affidavit Of James J. Nicklaus In Opposition To The Liberty Mutual Motion For Summary Judgment With Respect To The Dudley And Eddy Site

The original documents are maintained in the case file in the Clerk's Office.

Dated: December 9, 2004
/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
James J. Nicklaus, BBO# 564806
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470